Lillian **FIELDS**, Administratrix of the Estate of Parvin Hinzman, deceased, Appellee,

v.

**EAZOR EXPRESS, INC.**, a corporation, Appellant.

No. 10857.

United States Court of Appeals Fourth Circuit.

Argued Feb. 9, 1967.

Decided Feb. 16, 1967.

J. Campbell Palmer, III, Charleston, W. Va. (Palmer & McCutcheon, Charleston, W. Va., on brief), for appellant.

L. F. Poffenbarger and Martin C. Bowles, Charleston, W. Va. (Poffenbarger & Bowles, Charleston, W. Va., on brief), for appellee.

Before BRYAN, WINTER and CRAVEN, Circuit Judges.

PER CURIAM.

Upon consideration of the record and the arguments of counsel, on brief and orally, the court observes no error in the trial, and the judgment now on review will not be disturbed.

Affirmed.

Robert A. **KETCHUM**, Appellant,

v.

**UNITED STATES** of America, Appellee.

No. 23745.

United States Court of Appeals Fifth Circuit.

March 2, 1967.

Robert A. Ketchum, pro se.

Reese L. Harrison, Jr., Asst. U. S. Atty., San Antonio, Tex., Ernest Morgan, U. S. Atty., Western District of Texas, Andrew L. Jefferson, Jr., Asst. U. S. Atty., Western District of Texas, San Antonio, Tex., for appellee.

Before TUTTLE, Chief Judge, WISDOM, Circuit Judge, and BREWSTER, District Judge.

PER CURIAM:

The judgment is

Affirmed.